IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| NORWOOD COOK, JR., | ) | |
|     Plaintiff, | ) | Civil Action No. 7:14cv00336 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| RITA PERKINS, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Cook's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This 19th day of December, 2014.

                                                    */s/ Norman K. Moon*
                                                NORMAN K. MOON
                                                UNITED STATES DISTRICT JUDGE